COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-013-CV

GERALD RAY CRAWFORD AND APPELLANTS

CROSSWINDS TRANSPORTATION, INC.

V.

VIRGINIA HATLEY APPELLEE

----------

FROM THE 271
ST
 
DISTRICT COURT OF WISE COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant's Unopposed Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D: CAYCE, C.J.; DAY and LIVINGSTON, JJ.

[DELIVERED MARCH 6, 2003]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.